IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLETTE HAHN NIMAN, et al.,

Plaintiffs,

v.

DOUG BURGUM, et al.,

Defendants.

Case No.  25-cv-01976-MMC

**ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Before the Court is the motion, filed March 11, 2026, by Gregory Burgess, "for Leave to File Brief of Amicus Curiae in Support of Plaintiffs on Five Supplemental Legal Grounds," whereby said movant seeks to bring what he describes as "five arguments that do not appear in Plaintiffs' complaint and that represent interests no existing party is positioned to advance." (See Mot. at 2.)  The Court notes that the above-titled action is one of three separate lawsuits, collectively comprising numerous claims and raising numerous issues in connection with the management of the Point Reyes National Seashore. Under such circumstances, the Court finds additional briefing is unnecessary.

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 26, 2026

MAXINE M. CHESNEY
United States District Judge