APPROVED

*Maxine M. Chesney*

Judge Maxine M. Chesney

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICOLETTE HAHN NIMAN, et al.,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF INTERIOR, et al.,

    Defendants,

   and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Defendant-Intervenors.

Case No. 3:25-cv-1976

**STIPULATION TO EXTEND DEADLINE TO FILE ANSWER AND ADMINISTRATIVE RECORD**

On January 29, 2026 this Court entered an Order setting the deadline for filing Defendants and Defendant-Intervenors' answers and the administrative record to be April 3, 2026.   Dkt. No. 70. Plaintiffs and Defendants have exchanged settlement documents and continue work toward settlement of this matter.  To allow those efforts to continue, the parties now stipulate, pursuant to N.D. Cal. L.R. 6-2(a), that (1) Defendant and Defendant-Intervenors' shall have until June 26, 2026 to file an answer and the administrative record.  Defendant-Intervenors' consent to this stipulation was contingent on the stipulation including the following statement: Defendant-Intervenors have been excluded from settlement discussions to date despite their requests to join the discussions

Pursuant to N.D. Cal. L.R. 6-2(a) this stipulation is supported by the accompanying Declaration of David W. Gehlert.

/

/

Dated: April 1, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division

*/s/ David W. Gehlert*
DAVID W. GEHLERT (CO Bar #21852)
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th Street
North Terrace, Suite 600
Denver, CO 80202

*Attorneys for Defendants*
*U.S. Dept. of the Interior, et al.*

*/s/ Peter Prows*
PETER PROWS (257819)
NICOLE KIM (357392)
BRISCOE PROWS KAO IVESTER & BAZEL LLP
225 Montgomery Street, Suite 935
San Francisco, CA 94014
(415) 402-2700
pprows@briscoelaw.net
nkim@briscoelaw.net

*Attorneys for Plaintiffs*

*/s/ Elizabeth Potter*
ELIZABETH POTTER
*Advocates for the West*
P.O. Box 1682,
Bend, OR 97709

*Attorney for Defendant-Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing **STIPULATION** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

*/s/ David W. Gehlert*
DAVID W. GEHLERT